## PAWLAWSKI v. STATE.
### No. 21385.

Court of Criminal Appeals of Texas.
Jan. 29, 1941.

J. A. Rhodes, of Brenham, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted in the county court of Washington County on a charge of violating the liquor laws, and was assessed a fine of $75 and two months in jail.

The proceedings appear regular. The record is before this court without statement of facts or bills of exception and there is nothing presented for our review.

The judgment of the trial court is affirmed.